# ANDERSEN TATE | MAHAFFEY & McGARITY

THOMAS J. ANDERSEN
THOMAS T. TATE
JEFFREY R. MAHAFFEY
J. MICHAEL McGARITY
KATHLEEN B. GUY
R. BRADLEY CARR
MICHAEL J. HAY
T. SCOTT DUNCAN
JAMES C. JOEDECKE, JR.
EUGENE W. LUCIANI
PATRICK J. McDONOUGH

OF COUNSEL
ETHEL D. ANDERSEN
RENDER C. FREEMAN

1505 LAKES PARKWAY, SUITE 100
LAWRENCEVILLE, GEORGIA 30043
(770) 822-0900
FACSIMILE (770) 822-9680

MAILING ADDRESS:
P.O. BOX 2000
LAWRENCEVILLE, GA 30046

www.atmlawfirm.com

BRIAN C. CARMONY
DONALD L. SWIFT III
KIMBERLI CARY WITHROW
JEFFREY B. HICKS
ELIZABETH L. CLACK-FREEMAN
AMY H. BRAY
MICHAEL L. SULLIVAN
MATT S. SMITH
L. PAIGE YOUNKINS
KELLY O. FABER
R. MATTHEW REEVES
TRINITY HUNDREDMARK
A. NATHAN BYERLY

August 1, 2005
**VIA FEDERAL EXPRESS**

U. S. DISTRICT COURT - DE
MISC. CASE # 05-154

Attn: Betty
Clerk of U.S. District Court
In the District of Delaware
844. N. King Street
Lockbox 18
Wilmington, Delaware 19801

FILED
2005 AUG -2  AM 11:11
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Addison Express, LLC v. Medway Air Ambulance, Inc.; CAFN: 3 04CV1954-H
(Pending in the United States District Court for the Northern District of Texas, Dallas Division)

Dear Betty:

Per your request, I am enclosing a check in the amount of thirty nine dollars ($39.00) for fees incurred in the filing of our firm's Objection and Motion to Quash Subpoena. Please let me know if there is anything further you need.

Sincerely,

Rebecca B. Webb, Paralegal

Rbw
Enclosure

cc:  Gayle E. Oler, Esquire

G:\ADTClients\Moore, Rick\Addison Express, LLC\L-Ltr to US District Court, Delaware-August 1, 2005.doc