# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

September 23, 2005

Gregory W. Carboy, Esq.
Cowles Thompson PC
901 Main Street - #4000
Dallas, TX   75202-3793

    Re:   Addison Express v. Medway Air Ambulance
            Misc. No. 05-154-KAJ

Dear Mr. Carboy:

    On August 2, 2005, Medway Air Ambulance filed and served its motion to quash a subpoena on behalf of Med Air, LLC.  No response has been filed in opposition.  If your response is not received by October 3, 2005, I will grant the motion.

Very truly yours,

Kent A. Jordan

KAJ:cas
cc:   Clerk of the Court
       J. Michael McGarity, Esq.