# COWLES & THOMPSON
A Professional Corporation
ATTORNEYS AND COUNSELORS



GREGORY W. CARBOY
214.672.2169
GCARBOY@COWLESTHOMPSON.COM

September 30, 2005

**VIA FEDERAL EXPRESS**
Mr. Peter T. Dalleo
UNITED STATES DISTRICT CLERK
U.S. DISTRICT COURT – DISTRICT OF DELAWARE
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801

      Re:    Addison Express, LLC v. MedWay Air Ambulance, Inc.
             Misc. Action No. 05-154 KAJ
             In the United States District Court for the District of Delaware
             Our File: 5901/64861

Dear Mr. Dalleo:

      Enclosed is the original and two (2) copies of Plaintiff's Response to Defendant's Amendment to Objection and Motion to Quash in the above-referenced matter for filing with the court. Please return a file-stamped copy in the enclosed self-addressed and stamped envelope.

      By copy of this letter and response, all counsel of record are being served with same. If you have any questions regarding the above, please do not hesitate to contact me.

                                          Sincerely,

                                          Gregory W. Carboy

GWC/crc
Enclosures
cc:    Gayle E. Oler (w/enclosure – Via CM RRR #7003 3110 0003 3298 3357)
        J. Michael McGarity (w/enclosure – Via CM RRR #7003 3110 0003 3298 3364)