IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ADDISON EXPRESS, LLC,       )
                              )
          Plaintiff,      )
                              )
     v.                 )
                              )   Misc. Case No. 05-154-KAJ
MEDWAY AIR AMBULANCE, INC.,   )
                              )
          Defendant.   )

**ORDER**

      At Wilmington this 20th day of October, 2005,

      For the reasons set forth by the Court during the teleconference held on

October 18, 2005,

      IT IS HEREBY ORDERED that Med Air, LLC's motion to quash subpoena

(D.I. 1) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE